# Third District Court of Appeal
## State of Florida

Opinion filed April 21, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-254
Lower Tribunal Nos. M18-20808, 19-343AC

————————————

**Makinis Harrison,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Diana Vizcaino, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Katherine Fernandez Rundle, State Attorney, and Lindsay Davis, Assistant State Attorney, for appellee.

Before EMAS, C.J., and HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.